UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:20-cv-00323-DMG-JC | Date | June 17, 2020 |
|---|---|---|---|
| Title | Francois Tabi v. The Regents and Trustees of Santa Ana College, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| none | | none |

**Proceedings:**     (IN CHAMBERS)

### ORDER TO SHOW CAUSE

On February 18, 2020, plaintiff paid the filing fee and filed a complaint against (1) The Regents and Trustees of Santa Ana College; (2) The President of Santa Anna [sic] College; (3) Officer Baker of Santa Ana College; and (4) Two Unnamed Officers of Santa Ana College (collectively "defendants"). On April 25, 2020, the court issued an order ("April Order") advising plaintiff that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint must be accomplished on each defendant within 90 days after the filing of the complaint (*i.e.*, by **May 18, 2020**), absent good cause shown to extend the time for an appropriate period.  The April Order directed plaintiff to file separate proof of service forms for each defendant served within the 90-day period, and cautioned plaintiff that his failure to effectuate proper service by May 18, 2020, may result in dismissal of the action without prejudice as to any unserved defendant(s) by reason of plaintiff's failure to prosecute, unless plaintiff could show good cause to extend the time for service.  To date, plaintiff has failed to file a proof of service form reflecting that any defendant has been served, and no defendant has appeared in this action.

IT IS THEREFORE ORDERED, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, that within fourteen (14) days of the date of this Order, plaintiff shall show cause, if there be any, why service was not made on defendants by May 18, 2020, and why this case should not be dismissed without prejudice as against such defendants for failure to effectuate service and for lack of prosecution.  Failure timely to respond to this Order to Show Cause or to show cause, may result in the dismissal of this action without prejudice for failure to effectuate service and/or for lack of prosecution.

IT IS SO ORDERED.