1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANCOIS TABI,

                Plaintiff,

       v.

SCOTT BAKER, et al.,

                Defendants.

Case No. 8:20-cv-00323-VBF-JC

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the November 7, 2022 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").

IT IS HEREBY ORDERED:

1.     Defendants' Motion to Dismiss the Second Amended Complaint ("Motion to Dismiss") (Docket No. 125) is granted in part and denied in part as follows:

(a)    the Motion to Dismiss is denied to the extent it seeks dismissal of the First Amendment claims against Santa Ana College Police Officers Scott Baker, Christopher Luzader, and Ray Stowell (collectively "the Officers") (Claims 1-2 as enumerated in the Report and Recommendation); and

1    (b)    the Motion to Dismiss is granted to the extent it seeks dismissal of

2  the remaining claims (Claim 3-6 as enumerated in the Report and

3  Recommendation) and such claims are dismissed without further leave to amend.

4    2.    The Officers shall file an Answer to Claims 1-2/the remainder of the

5  Second Amended Complaint within fourteen (14) days of the entry of this Order

6    IT IS FURTHER ORDERED that the Clerk serve copies of this Order on

7  Plaintiff and counsel for Defendants.

8    IT IS SO ORDERED

9

10

DATED: March 22, 2023              /s/ Valerie Baker Fairbank

11

12                                 _____

                                   HONORABLE VALERIE BAKER FAIRBANK
13                                 SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28