FRANCOIS TABI
5742 VIRGINIA AVENUE #8
LOS ANGELES, CA. 90038

Tel: (323)345- 3511

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FRANCOIS TABI,

               Plaintiff,

      vs.

The Regents and Trustees of Santa Ana  College,
CHRISTOPHER LUZADAR
Officer Baker of Santa Ana College,
RAY STOWELL
             Defendants,

Case No.: 8:20-CV-00323-VBF-JC

**DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION SUMMARY JUDGMENT**

1

# DECLARATION OF FRANCOIS TABI

1. I have personal knowledge of the facts stated herein and, if called to testify, I could and would competently testify thereto.

2. I am Francois Tabi and I am the Plaintiff in this lawsuit. I am writing this declaration to impugn the integrity of Daniel Modaferri, Attorney for the Defendants. I am writing this declaration to impugn the integrity of Defendant Ray Stowell. I am also writing this declaration to oppose Defendants' motion for summary judgment. This is my testimony and this is my evidence

Plaintiff Registers for Free Speech Activity

3. I have engaged in free speech activities as a matter of right in almost all the Colleges of the California Southland for some 40 years. By February 15, 2018, I had been going to Santa Ana College for almost 23 years and for the exact same purpose. My conduct and my rights to free speech did not change at Santa Ana College on February 15, 2018.

4. On February 15, 2018, and in compliance with Santa Ana College rules and regulations, I went to the Santa Ana College Facilities Office in order to register to engage in free speech activities. I went to the Facilities Office front desk and declared as I had done a myriad of times before, " I am here to engage in free speech activities".

Declaration in Support of Plaintiff's Opposition to Motion for Summary Judgment

**5.** When asked to do so, I filled out all required forms and provided office employees with my California Identification Card and with samples of all the California ballot measures that I intended to circulate at Santa Ana College.

**6.** A registration for free speech activity at a College Campus is a simple matter, a mere formality; but I spent over an hour waiting for the application to be processed. As it turned out, office employees had expended considerable time making photocopies of every page of the ballot measures, in violation of First Amendment prohibitions against censorship, in violation of Plaintiff's constitutional rights. Pursuant to the First Amendment of the Constitution, Santa Ana College possesses no rights of censorship.

**7.** A registration for free speech activity should take twenty minutes or less. After patiently waiting for over an hour, I informed the College employees that twenty years previously, in January 1998, Santa Ana College had imposed a fraudulent and discriminatory One Million Dollar Insurance Requirement upon me, in order to impede my participation in free speech activities at Santa Ana College; that as I found out later, other persons similarly situated were not subjected to the One Million Dollar Insurance Requirement.

**8**. Because Free Speech rights may not be restricted in a discriminatory manner, because the right to receive information proceeds from the First Amendment, because the right to receive information is a necessary corollary of the First Amendment, I asked the Facilities Office employees to show me the College Rules and Regulations pertaining to free speech activities at Santa Ana College, so that I and the Santa Ana College employees may comply with those same rules and regulations.

Declaration in Support of Plaintiff's Opposition to Motion for Summary Judgment

Plaintiff Departs the Facilities Office Seemingly on Amicable Terms with Office Employees

9. After the employees had provided me with a copy of their rules and regulations, they provided me with their little badge of approval - their free speech permit enclosed in plastic, bearing my name. That was when I asked for the Free Speech area. " I will walk you to the free speech area ", offered one of the young women, kindly. ( At no time during my interaction with the facilities office employees did any of these employees complain to me about a disruption of the public order.)

Plaintiff is unlawful seized by Stowell and Luzadar

10. " We will take you to the free speech area", echoed two police officers, falsely. These police officers were Stowell and Luzadar, who had walked up the stairs towards the facilities office. " I do not want the police around me", I cried out with a primitive honesty.

11. Stowell and Luzadar imposed themselves upon me, even though I had informed them, in front at least three witnesses, that I did not desire their company. There was no law, there was nothing within the College rules and regulations that required me to associate with those police officers. The presence of Stowell and Luzadar was derogatory, disparaging and defamatory.

12. The presence of Stowell and Luzadar was defamatory because it created the false impression that I had engaged in unlawful conduct,

4

even though I had broken no laws at Santa Ana College or anywhere else, for that matter. That is why I did not want the police around me.

**13.**    Immediately upon encountering me, Officers Stowell and Luzader made no mention whatsoever of a disturbance of the public order, they made no mention of any crime that they were investigating or trying to prevent. They imposed themselves upon me by false pretenses, They imposed themselves upon me claiming that they would lead me to the free speech area.

Deceit and Deception by Stowell and Luzadar

**14.**    Officers Luzader and Stowell did not take me to the free speech area. Officers Luzader and Stowell walked me to the northern side of the building which was opposite the free speech area. Officers Luzader and Stowell took me to a secluded area, where there was no traffic, where no-one could observe them, and then proceeded to address me in a manner that I considered humiliating, degrading, and insulting. Officers Luzader and Stowell proceeded to upbraid and harass me saying it was wrong for me to say " I did not want the police around me ".

**15.**    In a blink of an eye, I understood the situation perfectly. Before I could be given any opportunity to engage in any type of activity at Santa Ana College, the Police needed to put me in my " rightful place " - as a fifth class individual in a fundamentally racist society. The Police purposed to strip me of all dignity and of all humanity. Before they could  permit me to engage in any type of activity at Santa Ana College, Officers  Luzader and Stowell needed to make me crawl like a cockroach.

5

**16.** " Where is the free speech area " , I asked again, " If you do not take me to the free speech area immediately, I will leave this place. I did not come out to this College so that I may be harassed and insulted by white Police Officers " , I added proudly. Upon hearing these words, the white Officers declared that it was unlawful for me to say those words.

I am subjected to a criminal investigation

**17.** As I attempted to leave the presence of Officers Luzader and Stowell, I was detained. Luzader and Stowell ordered me to provide identification, The Police Officers began what appeared to be a criminal investigation, but they did not tell me what crime I was being investigated for. Stowell and Luzader engaged in a long and fruitless expedition to discover the fictitious reasons that would justify my false arrest and imprisonment.

**18.** Some thirty minutes later, the Police Officers ordered me to leave the College Campus. I informed Officers Luzader and Stowell that I intended to immediately file a complaint with the College President. The Police Officers said I could not see the College President without an appointment. When I said I would go to the President's office in order to make an appointment, The Police said they would arrest me if I did not leave the College campus immediately.

**19.** I had previously placed my work materials on a grassy knoll close to the library. These included a table, a chair, an umbrella, an umbrella stand and several posters. After I informed Stowell and Luzadar of my need to move my belongings to my car, Defendant officers seized upon a new opportunity to do harm. They followed me ominously and threatened me with imprisonment if I did not remove my numerous belongings in a single trip.

Declaration in Support of Plaintiff's Opposition to Motion for Summary Judgment

**20.** Because I could not remove all my belongings in a single trip, I elected to leave my table behind. As I attempted to retrieve my property, Luzader and Stowell were joined by Officer Scott Baker who appeared to be their supervisor. Scott Baker asked me no questions. By his silence, he appeared to approve and condone the racist misconduct of Luzader and Stowell.

I am banned from Santa Ana College

**21.** Baker, Stowell, and Luzadar followed me ominously to the Santa Ana College Parking lot on February 15, 2018, they did not accompany me for purposes of protection, guidance or courtesy. Their intentions were to intimidate, to terrorize, to devalue, to degrade and to destroy this negro. They purposed to provoke me into dysfunctional behavior

**22.** It was early during that walk to the parking lot that one of those officers declared, " You have been banned". It was a modern day lynching. Stowell, Baker, and Luzadar were a racist cabal; they were members of a lynch mob and Baker was the leader of that lynch mob.

**23.** I had committed no crime, I was accused of no crime, I was not accused of any violations whatsoever.

**24.** Defendant Officers' conduct was characterized by the total absence of a legal process. Baker, Stowell, and Luzadar were judge, jury and executioner, all in one. Defendant Officers were armed thugs, and they acted under conditions of naked power. There was no legitimacy to their authority.

7

**25.**   At all times relative to my encounter with Baker, Stowell, and Luzadar, I was defiled. Defendant Officers' presence at that College parking lot was defamatory. Even though I had complied with all laws, orders and directives at Santa Ana College Defendants' presence created the false impression that I had engaged in criminal activity.

Racism in America

**26.**   It cannot be denied that racism lies at the very center of American character and culture. Racism may be defined as the persistent attack upon the black man's intellect, the persistent attack upon the black man's integrity, the persistent denial of the black possibility. Anti- black racism in America owes its particularities to the centuries long enslavement and exploitation of African people, a period during which negro people were treated like farm animals. In order to explain and justify the inhumane treatment of negro people, it was necessary to dehumanize them. As long as the negro people could be classified as subhumans, they were not entitled to humane treatment.

Racism at Santa Ana College

**27.**   This systematic deprivation of dignity, this dehumanization of the negro has perdured at Santa Ana College. To justify the exclusion of the negro, the racists have always characterized the negro people as being 'loud, angry and belligerent'. This same racist characterization has been employed by Officer Stowell and Daniel Modaferri to falsely justify Defendant Officers' unlawful violation of my constitutional rights at Santa Ana College. I was never loud at Santa Ana College. I spoke very sparingly because I do not argue with fools. I was not belligerent because it would have been against the law, and it would have been

Declaration in Support of Plaintiff's Opposition to Motion for Summary Judgment

suicidal. I am a tiny wisp of a man, a senior citizen; Defendant Officers were much younger men, over six feet tall perhaps. If I had given them the opportunity, they would have beaten me to a pulp.

**28.** In my lengthy experience, the mere presence of a negro on the campus of Santa Ana College is a disruption of the public order. The presence of a visiting negro on most of the College campuses in America generates suspicion from students and staff alike. Students and staff are advised to report all suspicious activity to the police. Police are under a duty to investigate all suspicious activities. The presence of the negro is therefore a strain and a drain on the resources of Campus Safety. That is just one of the reasons why school officials may seek to invent the false reasons that would prevent a negro from visiting their campus. In January 1998, Santa Ana College had imposed a fraudulent and discriminatory One Million Dollar Insurance Requirement upon me, in order to impede my presence at Santa Ana College.

**29.** For arch-racists like Baker, Stowell and Luzadar. The simple assertion of fundamental rights is a flagrant act of aggression, tantamount to a slave rebellion. That is why after I said to Stowell and Luzader " If you do not take me to the free speech area immediately, I will leave this place. I did not come out to this College so that I may be harassed and insulted by white Police Officers " , Defendant Officers immediately arrested me, placed me under criminal investigation and then banned me.

False Statements by Officer Stowell

**30.** At no time during my interaction with Officers Baker, Stowell, and Luzadar did any of these officers speak of a disruption of the public order At no

9

time did these entities specify any laws that I may have broken other than to claim that it claim that it was wrong for me to say that I did not want the police around me, that it was unlawful to say " If you do not take me to the free speech area immediately, I will leave this place. I did not come out to this College so that I may be harassed and insulted by white Police Officers " .

False Statements by Daniel Modaferri

**31.** From the very outset of discovery in this matter, I received multiple requests from Daniel Modaferri asking me to admit to crimes that I was never accused was, asking me to admit to crimes that I was never convicted of. See Exhibit A. Daniel Modaferri asked me to perjure myself. Daniel Modaferri solicited perjured testimony. There is nothing within the law or the federal Rules of Civil Procedure that authorize Daniel Modaferri to solicit perjured testimony,  and to do so with impunity.

I Spoke Sparingly to Defendants Stowell and Luzader

**32.** Any person concerned about justice, equality and human dignity would be incensed by the events that transpired on February 15, 2018, but I spoke with a quiet dignity and used my words sparingly. For purposes of specificity, here are the only words I spoke to Stowell and Luzader. on February 15, 2018:

    1.  " I do not want the police around me ".

    2.  " If you do not take me to the free speech area immediately, I will leave this place. I did not come out to this College so that I may be harassed and insulted by white Police Officers " .

    3.  "I will now file a complaint with the College President".

    4. "I will go to the President's office in order to make an appointment".

Declaration in Support of Plaintiff's Opposition to Motion for Summary Judgment

5. "I need to move my work materials to my car".

6. "I cannot move all of these objects in a single trip".

I Spoke even Less to Scott Baker

33.   I spoke even less to Scott Baker. When Scott Baker asked me where he should place my table, I replied truthfully, " you do not take orders from me", and then I asked him, "What is your name, sir ? ". He said, " Scott Baker ".

That was the full extent of my communication with Defendant Officers. There was very little opportunity for loudness or belligerence. It is also very likely that before I departed Santa Ana College, I warned Defendant Officers of the wrath, the lawsuit that was yet to come.

There was no Need to Register for Free Speech

34.   As I am is just now finding out, there was no need to register for free speech activities at Santa Ana College on February 15, 2018. The facilities Office employees were under a duty to inform me of the change of rules but they did not do so. The First Amendment includes the right to receive information. The right to receive information is a necessary corollary of the right to free speech The conduct of the Facilities Office was therefore discriminatory.

35.   I did not force Facilities Office employees to process my registration for free speech, I did not force them to make photocopies of my identification Card, I did not force them to make photocopies of every page of my numerous ballot measures. I did not force them to keep me at Facilities Office for over an hour. I went to the Facilities Office because I was trying to comply with

Declaration in Support of Plaintiff's Opposition to Motion for Summary Judgment

the rules and regulations of Santa Ana College; the Facilities Office misled me as to the requirements for free speech at Santa Ana College.

**36.** The simple fact that I went to the Facilities Office at Santa Ana to register for free speech identifies me as a law abiding person

VERIFICATION:

I swear under penalty of perjury, under the laws of California and the United States of America, that the foregoing is true to the best of my knowledge and belief.

SIGNED: _____

FRANCOIS TABI

DATED: _____

Declaration in Support of Plaintiff's Opposition to Motion for Summary Judgment