UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS TABI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT BAKER, et al.,<br><br>　　　　　　Defendants. | Case No. 8:20-cv-00323-VBF-JC<br><br>ORDER<br><br>Adopting Report & Recommendation |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the June 5, 2024 Amended/Superseding Report and Recommendation of United States Magistrate Judge.

IT IS HEREBY ORDERED:

1. Defendants' Motion for Summary Judgment is denied.

2. The Clerk shall serve copies of this Order on Plaintiff and counsel for Defendants.

IT IS SO ORDERED

DATED: Nov. 12, 2024_____

/s/ Valerie Baker Fairbank

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE